Vol. 36]    JANUARY TERM, 1893.    869

Henry & Coatsworth Co. v. Starr.    Jansen v. Williams.

HENRY & COATSWORTH COMPANY, APPELLANT, V. ED-
WARD I. STARR ET AL., APPELLEES,

AND

HENRY & COATSWORTH COMPANY, APPELLANT, V. ED-
WARD I. STARR ET AL., APPELLEES.

FILED MAY 2, 1893.    Nos. 4697, 4698.

APPEALS from the district court of Lancaster county.
Heard below before CHAPMAN, J.

*Samuel J. Tuttle,* for appellant.

*Leese & Stewart, H. F. Rose,* and *Atkinson & Doty, contra.*

BY THE COMMISSION.

These two cases present precisely the same questions,
and were submitted on the same bill of exceptions and
briefs as the case of *Henry & Coatsworth Company v. Mc-
Curdy,* 36 Neb., 863, and are affirmed for the same reasons.

AFFIRMED.

---

ALBERT W. JANSEN ET AL. V. JOHN C. WILLIAMS.

FILED MAY 3, 1893.    No. 4820.

1. Instructions should be given clearly, concisely, and without con-
tradictory statements of the rules by which the jury should be
governed. If, however, the instructions are not in compliance
with this requirement, the verdict will not be set aside, if, upon
the evidence, no other verdict could be sustained.

2. Principal and Agent: SALE OF LAND: PURCHASE BY AGENT.
An agent is required to disclose to his principal all the infor-